No. 1325. GRANADER v. PUBLIC BANK ET AL. C. A. 6th Cir. Certiorari denied. *Marvin W. Cherrin* for petitioner. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Maurice M. Moule,* Assistant Attorney General, for respondents Financial Institutions Bureau of Michigan et al., and *Leslie H. Fisher* and *Gilbert E. Gove* for respondent Federal Deposit Insurance Corp.

No. 1332. REXALL CHEMICAL CO., A DIVISION OF REXALL DRUG & CHEMICAL CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *William L. Keller* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 1344. PAUL ET AL. v. DADE COUNTY, FLORIDA, ET AL. C. A. 5th Cir. Certiorari denied. *Alfred Hopkins* for petitioners. *Thomas C. Britton* and *St. Julien P. Rosemond* for respondents.

No. 1316. BERMAN v. BOARD OF ELECTIONS OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Motion of Rabbinical Alliance of America for leave to file a brief as *amicus curiae* granted. Certiorari denied. *J. Lee Rankin, Stanley Buchsbaum,* and *Robert T. Hartmann* for Board of Elections of the City of New York, *Louis J. Lefkowitz,* Attorney General of New York, *pro se,* and *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Joel H. Sachs,* Assistant Attorney General, for Rockefeller et al., respondents. *Sol Rosen* for Rabbinical Alliance of America as *amicus curiae* in support of the petition.